FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 26  P 4: 25

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| versus | NO. 00-78 |
| JUNE B. BERTUCCI | SECTION "G" |

UNOPPOSED **MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**

NOW INTO COURT through undersigned counsel June B. Bertucci who moves this Honorable Court for leave to file a Third-Party Complaint.

I.

The deadline for filing Amendments to Pleadings, third-party actions, cross-claims, and counterclaims is April 26, 2000.

II.

The Complaint filed herein is based on a student loan made to Career Community College of Business New Orleans on behalf of Defendant.

III.

Defendant timely withdrew from Career Community College of

DATE OF ENTRY
MAY 1 2000

Business New Orleans. Career Community College of Business New Orleans led Defendant to believe that the student loan would be cancelled.

IV.

Career Community College of Business New Orleans should not have accepted any student loan proceeds on behalf of Defendant and is liable to Plaintiff and Defendant for any sums that may be owed on the student loan.

V.

Defendant seeks leave of court to file a Third-Party Demand against Career Community College of Business New Orleans. Plaintiff does not oppose this motion.

WHEREFORE, Defendant moves this Honorable Court to grant leave to file a Third-Party Complaint herein.

Respectfully submitted,

_____
James A. McPherson (#09381)
Mary E. Schillesci (#25239)
McPherson & Schillesci
9128 Quince Street
New Orleans, Louisiana 70118
Telephone: (504)486-2022
Facsimile: (504)486-6050
Attorneys for June B. Bertucci

Certificate of Service

    I hereby certify that the foregoing was served on Eneid A. Francis, Assistant United States Attorney, Hale Boggs Federal Builiding, 501 Magazine Street, Second Floor New Orleans, Louisiana 70130 by placing a copy in the United States Mail postage prepaid and properly addressed on this 26th day of April. 2000.

_____
Mary E. Schillesci (#25239)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| versus | NO. 00-78 |
| JUNE B. BERTUCCI | SECTION "G" |

**ORDER**

Considering the foregoing Motion for Leave to File a Third-Party Complaint filed by Defendant,

IT IS ORDERED that the Motion for Leave to File a Third-Party Complaint is granted and that the Third-Party Complaint be filed herein.

New Orleans, Louisiana this 28th day of April, 2000.

_____
JUDGE