

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 26  P 4: 27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CIVIL ACTION

versus                                  NO. 00-78

JUNE B. BERTUCCI                        SECTION "G"

### UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER

NOW INTO COURT through undersigned counsel June B. Bertucci who moves this Honorable Court for leave to file an Amended Answer.

I.

The deadline for filing Amendments to Pleadings, third-party actions, cross-claims, and counterclaims is April 26, 2000.

II.

Defendant filed an Answer herein on March 14, 2000.

III.

In Paragraph 8 of Defendant's Answer Defendant asserted an affirmative defense. Defendant seeks leave of court to amend her answer to more fully explain and clarify the affirmative defense

DATE OF ENTRY

MAY 2  2000



raised in Paragraph 8 of Defendant's Answer. Plaintiff does not oppose this motion.

WHEREFORE, Defendant moves this Honorable Court to grant leave to file an Amended Answer herein.

Respectfully submitted,

James A. McPherson (#09381)
Mary E. Schillesci (#25239)
McPherson & Schillesci
9128 Quince Street
New Orleans, Louisiana 70118
Telephone: (504)486-2022
Facsimile: (504)486-6050
Attorneys for June B. Bertucci

Certificate of Service

I hereby certify that the foregoing was served on Eneid A. Francis, Assistant United States Attorney, Hale Boggs Federal Builiding, 501 Magazine Street, Second Floor New Orleans, Louisiana 70130 by placing a copy in the United States Mail postage prepaid and properly addressed on this 26th day of April. 2000.

Mary E. Schillesci (#25239)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| versus | NO. 00-78 |
| JUNE B. BERTUCCI | SECTION "G" |

**ORDER**

Considering the foregoing Motion for Leave to File an Amended Answer filed by Defendant,

IT IS ORDERED that the Motion for Leave to File an Amended Answer is granted and that the Amended Answer be filed herein.

New Orleans, Louisiana this 18th day of April, 2000.

_____
JUDGE