```
                                              FILED
                                       U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                       2000 JUL 28  P 1:48

                                       LORETTA G. WHYTE
                                              CLERK
```

MINUTE ENTRY
SEAR, J.
JULY 28, 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 00-78 |
| JUNE B. BERTUCCI | SECTION G |

The telephone status/settlement conference set in this case for Thursday, September 7, 2000 at 10:00 a.m. is reset for **THURSDAY, SEPTEMBER 21, 2000 AT 10:20 A.M.**

                                              *[signature]*
                                              **MOREY L. SEAR**
                                  **UNITED STATES DISTRICT JUDGE**

```
DATE OF ENTRY
  JUL 2 8 2000
```