

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0078 |
| JUNE B. BERTUCCI | * | SECTION: "G" (5) |

\*   \*   \*

MOTION FOR LEAVE
TO FILE A REPLY MEMORANDUM

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America and moves for leave of court to file its reply to the Opposition to Motion For Summary Judgment filed by the defendant.

Respectfully submitted,

EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY

_____
ENEID A. FRANCIS
Assistant United States Attorney
Bar Roll No. 5816
Hale Boggs Federal Building
501 Magazine Street
New Orleans, Louisiana   70130
Telephone:  (504) 680-3060

DATE OF ENTRY
AUG 2 5 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO. 00-0078 |
| JUNE B. BERTUCCI | * | SECTION: "G" (5) |
| * * * | | |

### O R D E R

Considering the motion filed by the United States of America:

IT IS HEREBY ORDERED that the United States of America is granted leave to file its reply to the Opposition to Motion For Summary Judgment filed by the defendant.

New Orleans, Louisiana, this 24th day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on counsel for the defendant by first-class mail, postage, prepaid, on this **23rd** day of **August**, 2000.

_____
ENEID A. FRANCIS
Assistant United States Attorney