UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 00-78 |
| JUNE BERTUCCI | SECTION "G" |

JUDGMENT

Considering the written Memorandum and Order of the Court;

IT IS ORDERED, ADJUDGED, AND DECREED, that there be judgment in favor of plaintiff United States of America and against defendant June Bertucci in the amount of $4,790.73, with interest accruing on the principal amount at the rate of 10 percent per annum or at the daily rate of $0.73 from November 2, 1999, to date of judgment, interest from date of judgment until paid in full at the Treasury bill rate, 28 USC 1961, and the costs of this proceeding.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the third party demand of June Bertucci against Career Community College of Business, New Orleans, is dismissed without prejudice.

New Orleans, Louisiana, this 20th day of August, 2000.

LORETTA G. WHYTE, CLERK

APPROVED AS TO FORM:

MOREY L. SEAR
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 3 0 2000