
```
                                              FILED
                                          U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                          2001 APR -4 AM 11: 15

                                            LORETTA G. WHYTE
                                                 CLERK
```

**MINUTE ENTRY**
**MOORE, M.J.**
**APRIL 4, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0078** |
| **JUNE BERTUCCI** | * | **SECTION: "G"(5)** |

## HEARING ON MOTIONS

APPEARANCE(S): VIA TELEPHONE: Ms. Whi'Sheika Chissell, Debt Collection Agent, United States Attorney's Office

MOTION(S):

(1)   MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

Ms. Whi'Sheika Chissell, Debt Collection Agent, United States Attorney's Office called this day to inform the court that the judgment debtor, June Bertucci, has sent in the requested financial information. Subsequently, Ms. Chissell indicated that the judgment debtor examination scheduled for Wednesday, April 4, 2001, at 11:00 a.m. is deemed **SATISFIED**.

                                        LOUIS MOORE, JR.
                                        United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
APR 4 2001

___ Fee
___ Process
 X  Dktd
 ✓  CtRmDep
    Doc.No. 23