


MINUTE ENTRY
MOORE, M.J.
November 7, 2002

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0078 |
| JUNE B. BERTUCCI | * | SECTION: "G"(5) |

### HEARING ON MOTIONS

APPEARANCE(S):   VIA TELEPHONE: Ms. Rosanne Alford, Debt Collection Agent, United States Attorney's Office

MOTION(S):

(1)   MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

Ms. Rosanne Alford, Debt Collection Agent, United States Attorney's Office called this day to inform the court that the judgment debtor, June B. Bertucci, needs additional time to submit the requested financial information. Subsequently, Ms. Alford requested a continuance. Accordingly, the hearing set for Wednesday, November 13, 2002, is **CONTINUED TO WEDNESDAY, DECEMBER 4, 2002, AT 11:00 A.M.**

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
NOV 0 8 2002

Fee ____
Process ____
X Dktd ____
__ CtRmd ____
Doc. No. 25