


```
         FILED
    U.S. DISTRICT COURT
   EASTERN DISTRICT OF LA

    2002 DEC -4 PM 4:06

    LORETTA G. WHYTE
          CLERK
```

**MINUTE ENTRY**
**MOORE, M.J.**
**December 7, 2002**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0078** |
| **JUNE B. BERTUCCI** | * | **SECTION: "G"(5)** |

### HEARING ON MOTIONS

APPEARANCE(S):   Ms. Kandace Zelaya, Assistant United States Attorney for the Government

MOTION(S):

(1)    MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

Assistant United States Attorney Kandace Zelaya appeared before the court on the above captioned motion. However, the judgment debtor failed to appear. The record reveals that the judgment debtor, June B. Bertucci was domiciliary served the motion and order to examine the judgment debtor by a deputy of the United States Marshals Service. Therein, the judgment debtor was ordered to appear on December 4, 2002, at 11:00 a.m. in Room 407 of the Hale Boggs Federal Building. The government, therefore, indicated that it will prepare and submit a rule to show cause as to why the judgment debtor should not be held in contempt for failure to appear at the scheduled judgment debtor examination.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
DEC 5 2002