

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Louisiana*

---

*Financial Litigation Unit*  *Hale Boggs Federal Building*  *Telephone: (504) 680-3000*
                             *501 Magazine Street, Second Floor*  *Fax: (504) 589-3602*
                             *New Orleans, LA 70130*

December 30, 2002

Loretta G. Whyte
Clerk, United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

      Re:  United States v. June B. Bertucci
           Civil Action No. 00-0078 "GE"

Dear Mrs. Whyte:

    The judgment rendered against the defendant in the above-referenced case has been satisfied. Please mark the docket sheet "satisfied" and provide this office with two Satisfaction of Judgment forms.

    Your assistance is appreciated.

                               Very truly yours,

                               JIM LETTEN
                               UNITED STATES ATTORNEY

                               ENEID A. FRANCIS
                               Assistant United States Attorney
                               Chief, Civil Division