

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 OCT -3 AM 9:09

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**MOORE, M.J.**
**October 2, 2003**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0078** |
| **JUNE B. BERTUCCI** | * | **SECTION: "G"(5)** |

### HEARING ON MOTIONS

APPEARANCE(S):   VIA TELEPHONE: Ms. Joan Holub, Paralegal Supervisory Specialist
United States Attorney's Office

MOTION(S):

(1)    MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDER

Ms. Joan Holub, Supervisory Paralegal Specialist, United States Attorney's Office called this day to inform the court that the judgment debtor, June B. Bertucci, has sent in the requested financial information. Subsequently, Ms. Holub indicated that the judgment debtor examination is deemed **SATISFIED.**

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY

OCT 3 2003